[No. 33717-3-I.   Division One.   May 30, 1995.]

ROBERT MICHNICK, ET AL., *Appellants*, v. CITY OF AUBURN, *Respondent*.


Appeal from a judgment of the Superior Court for King County, No. 92-2-11059-8, Dale B. Ramerman, J., entered October 20, 1993. *Affirmed* by unpublished opinion per Webster, J. concurred in by Agid and Cox, JJ.


[No. 33799-8-I.   Division One.   May 30, 1995.]

JOSEPH L. JOHNSON, ET AL., *Respondents*, v. LAURANCE D. ANTHONE, ET AL., *Appellants*.


Appeal from a judgment of the Superior Court for King County, No. 93-2-10341-7, Marilyn R. Sellers, J., entered December 23, 1993. *Reversed* by unpublished opinion per Webster, J., concurred in by Coleman and Grosse, JJ.


[No. 34279-7-I.   Division One.   May 30, 1995.]

SHIRLEY CLARKE, *Appellant*, v. PACCAR, INC., *Respondent*.


Appeal from a judgment of the Superior Court for King County, No. 92-2-15087-5, Dale B. Ramerman, J., entered February 17, 1994. *Reversed* by unpublished opinion per Webster, J., concurred in by Agid and Cox, JJ.